IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>$14,400.00 IN UNITED STATES<br>CURRENCY, more or less;<br>        Defendant.<br>_____ | Case No.  10-1311-KHV-KMH |

## MOTION FOR APPOINTMENT IN CIVIL FORFEITURE ACTION

COMES NOW the claimant, Ernesto Hernandez-Lizardi, by and through his attorney, Syovata K. Edari, Assistant Federal Public Defender for the District of Kansas, and, pursuant to 18 U.S.C. § 983(b)(1)(A), moves this Court for an order appointing Syovata K. Edari to represent Mr. Hernandez-Lizardi in the above captioned civil forfeiture action.

In support of said motion, counsel for claimant Hernandez-Lizardi informs the Court that counsel has been appointed and currently represents Mr. Hernandez-Lizardi in his criminal matter, Case No. 10-10136-01 EFM, before the Honorable Eric Melgren. Mr. Hernandez-Lizardi's criminal case is currently pending in this district. On September 15, 2010, the United States Attorney's office filed the civil forfeiture documents with this court. On December 2, 2010, counsel accepted service on the civil forfeiture documents on behalf of Mr. Hernandez-Lizardi, who is currently incarcerated at the Butler County Jail.

18 U.S.C. § 983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

Counsel was appointed to represent Mr. Hernandez-Lizardi in his criminal case pursuant to 18 U.S.C. § 3006A. (See D.E. #4 and D.E. #5 in Case No. 10-10136-01 EFM).

In evaluating whether to authorize counsel to represent claimant, the court considers (1) claimant's ability to afford counsel, (2) claimant's diligence in searching for counsel, (3) the merits of claimant's defense to the forfeiture action, and (4) claimant's capacity to prepare and present the case without the aid of counsel.  ***Castner v. Colorado Springs Cablevision***, 979 F.2d 1417, 1420-21 (10th Cir. 1992).  Mr. Hernandez-Lizardi meets all of these requirements.

Mr. Hernandez-Lizardi is indigent and financially unable to afford counsel. (See D.E. #5 in Case No. 10-10136-01 EFM).  He is also currently incarcerated at the Butler County Jail and therefore unable to effectively search for counsel.  Making matters more difficult, Mr. Hernandez-Lizardi is a Mexican national, and does not speak or comprehend English well.

This civil forfeiture action is in connection with Mr. Hernandez-Lizardi's pending criminal case in which undersigned counsel was appointed to represent him. The $14,400.00 at issue in this matter was in Mr. Hernandez-Lizardi's possession and was unlawfully seized by Kansas Highway Patrol officers following the illegal seizure and searches of Mr. Hernandez-Lizardi.  Counsel notes that this is not a drug case.  Mr. Hernandez-Lizardi is charged with being an illegal immigrant in possession of firearms.  No drugs were ever discovered in this case.  Mr. Hernandez-Lizardi has a motion to suppress pending in the criminal matter contesting the illegal search and seizure in that matter.  Mr. Hernandez-Lizardi intends on raising the same claims against the government in his civil forfeiture action pursuant to the Fourth Amendment of the United States Constitution and 46 U.S.C. § 981(b)(2)(B).  Additionally, aside from a dog sniff (following the illegal seizure of the money) that allegedly alerted to the presence of narcotics on the money at issue, there is no evidence

that Mr. Hernandez-Lizardi is involved in the drug trade or that the unlawfully seized money is proceeds from drug dealing or any other unlawful activity.

Counsel is attaching the motions to suppress evidence in the criminal matter to assist in the consideration of the merits of Mr. Hernandez-Lizardi's claims in this forfeiture action. (Attached hereto as Attachment A and Attachment B)

WHEREFORE, counsel for the defendant moves this Court for an order appointing Syovata K. Edari, Assistant Federal Public Defender for the District of Kansas, to represent claimant Ernesto Hernandez-Lizardi in this civil forfeiture matter.

    Respectfully submitted,

    s/Syovata K. Edari
    SYOVATA K. EDARI
    Sup. Ct. No. 1032283
    Assistant Federal Public Defender
    Federal Public Defender Office
    301 N. Main, Suite 850
    Wichita, KS 67202
    Telephone: (316) 269-6445
    Fax: (316) 269-6175
    E-mail: Syovata_Edari@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2010, I electronically filed the foregoing MOTION TO AUTHORIZE COUNSEL TO REPRESENT CLAIMANT with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Robin L. Hathaway
    Special Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS 67202

and a copy sent U.S. Mail to:

    Ernesto Hernandez-Lizardi
    c/o Butler County Jail
    701 South Stone Road
    El Dorado, KS 67042

                                          s/Syovata K. Edari
                                          SYOVATA K. EDARI
                                          Sup. Ct. No. 1032283
                                          Assistant Federal Public Defender
                                          Federal Public Defender Office
                                          301 N. Main, Suite 850
                                          Wichita, KS 67202
                                          Telephone: (316) 269-6445
                                          Fax: (316) 269-6175
                                          E-mail: Syovata_Edari@fd.org